# United States Court of Appeals for the Federal Circuit

**REHCO LLC,**
*Plaintiff - Appellant*

v.

**SPIN MASTER, LTD.,**
*Defendant - Appellee*

17-2589

Appeal from the United States District Court for the Northern District of Illinois in case No. 1:13-cv-02245 United States District Judge John Robert Blakey

## JUDGMENT

This Cause having been considered, it is

Ordered and Adjudged:

**VACATED AND REMANDED**

Entered By Order Of The Court

February 4, 2019     /s/ Peter R. Marksteiner

　　　　　　　　　　　Peter R. Marksteiner
　　　　　　　　　　　Clerk of Court