IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **REHCO, LLC,**<br><br>                              Plaintiff,<br><br>v.<br><br>**SPIN MASTER, LTD.,**<br><br>                              Defendant. | Case No. 13-CV-02245 |

### JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Rehco, LLC ("Rehco") and Defendant Spin Master, LTD ("Spin Master"), hereby stipulate that any and all claims by Rehco against Spin Master shall be dismissed WITH PREJUDICE.  Any and all counterclaims by Spin Master against Rehco shall also be dismissed WITH PREJUDICE.

For this reason, Rehco and Spin Master ask that the Court enter an Order of Dismissal, with each party to bear its own costs, expenses and attorneys' fees.

Dated: February 11, 2021                                      Respectfully submitted,

*/s/ Timothy E. Grochocinski*                                 */s/ Carrie A. Bader*
Timothy E. Grochocinski                                       Megan J. Redmond
Joseph P. Oldaker                                             Carrie A. Bader
NELSON BUMGARDNER ALBRITTON                                   ERISE IP, P.A.
15020 S. Ravinia Avenue, Suite 29                             7015 College Blvd, Suite 700
Orland Park, Illinois  60462                                  Overland Park, Kansas 66211
P. 708-675-1975                                               P. 913-777-5600
tim@nbafirm.com                                               megan.redmond@eriseip.com
joseph@nbafirm.com                                            eric.buresh@eriseip.com
                                                              carrie.bader@eriseip.com
*Counsel for Rehco, LLC*
                                                              *Counsel for Spin Master, Ltd*

## CERTIFICATE OF SERVICE

   The undersigned hereby certifies that a copy of the foregoing was served on all counsel of record via the Court's CM/ECF system on February 11, 2021.

                                                              */s/ Timothy E. Grochocinski*

2